[Nos. 22268-3-III; 22220-9-III.   Division Three.   September 21, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. VANESSA NICOLE OCHOA, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLE M. McDOUGAL, *Appellant*.

Appeals from judgments of the Superior Court for Grant County, Nos. 03-8-00115-3 and 03-8-00111-1, Evan E. Sperline, J., entered June 30, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 51094-1-I.   Division One.   September 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLIE JEAN SARDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-11169-4, Palmer Robinson, J., entered August 26, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Appelwick, JJ.

[No. 51663-9-I.   Division One.   September 27, 2004.]

YUN KEM, *as Personal Representative, Appellant*, v. INGRID Z. PHILBRICK, *Individually and as Personal Representative*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-16093-2, Douglass A. North, J., entered November 15, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Ellington, A.C.J., and Kennedy, J.